DocuSign Envelope ID: 9A217857-B28B-48D7-8E52-286BDD30215C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| **LAUREN EWING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. _____** |
| | ) | |
| **VGW, LTD., VGW HOLDINGS US,** | ) | |
| **INC., VGW US, INC., VGW** | ) | |
| **LUCKYLAND, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF MICHAEL THUNDER

I, Michael Thunder, declare and state as follows:

1. I am the General Counsel at VGW Holdings Ltd. ("VGW") (incorrectly named in the Complaint as VGW, Ltd.). I am over eighteen years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of VGW, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

2. VGW is a limited company organized under the laws of Australia, with its principal place of business in Australia. VGW is an Australian public company.

3. VGW subsidiaries VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc. specialize in the development and publication of online casino-themed social games (the "Games"). VGW, VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc. are collectively referred to herein as "VGW Group." VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc. are Delaware companies with their principal place of business in Delaware.

1

4. VGW Group maintains electronic financial reporting systems that contain the total amount of purchases by users of VGW Group's Games, which are maintained in the ordinary course of business. Purchase data are captured at or near the time the purchases are made.

5. I have reviewed information pulled from the relevant reporting systems, which reflects purchases made by players of VGW Group's Games in Tennessee from November 13, 2022, to the present (the "Relevant Time Period").

6. According to this information: (1) there are more than 100 players in Tennessee who made purchases in VGW Group's Games during the Relevant Time Period, even when excluding players who individually spent $75,000 or more during the Relevant Time Period; and (2) the total aggregate amount of purchases made in VGW Group's Games by players in Tennessee during the Relevant Time Period exceeds $5,000,000, even when excluding the purchases of players who individually spent $75,000 or more during the Relevant Time Period.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this __15__ th day of December 2023, at Perth, Australia.

*DocuSigned by:*
*Michael Thunder*
F70E4B75834B464...
Michael Thunder