IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| LAUREN EWING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-CV-00062 |
| | ) |
| VGW, LTD., VGW HOLDINGS US, | ) |
| INC., VGW US INC., VGW | ) |
| LUCKYLAND, INC. | ) |
| | ) |
| Defendants. | ) |

### PARTIES' JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 7.1(a)

Plaintiff Lauren Ewing and Defendants VGW Holdings Ltd. (incorrectly named in the complaint as VGW, Ltd.), VGW Holdings US, Inc., VGW US, Inc., and VGW Luckyland, Inc. (collectively, "VGW," and collectively with Plaintiff, "Parties"), by and through their undersigned counsel, respectfully move this Court to adopt the Parties' stipulated briefing schedule for Plaintiff's pending Motion to Remand and VGW's pending Motion to Dismiss and Motion to Compel Arbitration. In support of this unopposed motion, the Parties state as follows:

1. This action was commenced by the filing of a Complaint on November 13, 2023, in this Coffee County Circuit Court (Doc. 1-1).

2. VGW removed this case to this Court on December 19, 2023 (Doc. 1).

3. Plaintiff moved to remand this case to Coffee County Circuit Court on January 12, 2024 (Doc. 18). The Parties understand that VGW's deadline to oppose Plaintiff's Motion to Remand currently is February 2, 2024. *See* L.R. 7.1(a) (21 days to respond to dispositive motions); *Vogel v. U.S. Off. Prod. Co.*, 258 F.3d 509, 517 (6th Cir. 2001) (remand motion is "dispositive" for purposes of the statute governing a magistrate judge's authority); *George v. Westgate Resorts,*

*Ltd., L.P.*, No. 318CV00512JRGDCP, 2019 WL 13195299, at *1 (E.D. Tenn. July 22, 2019) (assuming 21-day deadline applied to opposition to remand motion).

4. Pursuant to this Court's Order Denying Motion For Extension of Time to Answer (Doc. 10) (the "Order"), VGW moved to compel arbitration on January 22, 2024 (Doc. 21).

5. Pursuant to that same Order, VGW also moved to dismiss Plaintiff's Complaint on January 22, 2024 (Doc. 22).

6. The Parties respectfully request that this Court enter a further order setting additional deadlines in this matter as follows:

   a. VGW's deadline to file its opposition to Plaintiff's Motion to Remand shall be on or before **February 9, 2024**;

   b. Plaintiff's reply in support of Plaintiff's Motion to Remand shall be due by **February 16, 2024**;

   c. Plaintiff's deadline to file her oppositions to VGW's Motion to Compel Arbitration and Motion to Dismiss shall be on or before **March 1, 2024**; and

   d. VGW's replies in support of VGW's Motion to Compel Arbitration and Motion to Dismiss shall be due by **March 29, 2024**.

7. The Parties respectfully submit that the proposed briefing schedule would be beneficial to the Parties and the Court. The Parties have agreed to this schedule to allow for coordination among the multiple other similar cases pending before the Court involving the same plaintiff counsel but different firms representing the various defendants, *see* Order (Doc. 10), given the number of motions and briefs that have been and will need to be filed.

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion to set a briefing schedule and enter the schedule set forth in **Exhibit A**.

Dated: January 26, 2024

Respectfully Submitted,

*/s/ Nathan L. Kinard*
Anthony A. Jackson (TN BPR# 014364)
Nathan L. Kinard (TN BPR# 035721)
CHAMBLISS BAHNER & STOPHEL, P.C.
605 Chestnut Street, Suite 1700
Chattanooga, Tennessee 37450
Telephone: (423) 757-0203
Facsimile: (423) 508-1203
Email: bjackson@chamblisslaw.com
Email: nkinard@chamblisslaw.com

OF COUNSEL:
Behnam Dayanim (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: 202-339-8613
Email: bdayanim@orrick.com
Gregory D. Beaman (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: 212-506-5000
Email: gbeaman@orrick.com

*Attorneys for Defendants VGW Holdings Ltd., VGW Holdings US, Inc., VGW US, Inc., and VGW Luckyland, Inc.*

/s/ Garth R. Segroves

Garth R. Segroves
113 West Moore Street
Tullahoma, Tennessee 37388
Telephone: 931.393.4366
Facsimile: 931/259/4466
garth_segroves@att.net

Jeffrey L. Bowling
BEDFORD, ROGERS &BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

D. Frank Davis
John E. Norris
Wesley W. Barnett
Dargan M. Ware
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
inorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*Attorneys for Plaintiff Lauren Ewing*