# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 09, 2025

Ms. LeAnna Wilson
Eastern District of Tennessee at Winchester
200 S. Jefferson Street
Room 201 U.S. Courthouse
Winchester, TN 37398-0000

Re: Case No. 25-5040, *Lauren Ewing v. VGW Holdings Ltd., et al*
Originating Case No. 4:23-cv-00062

Dear Ms. Wilson,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Antoinette Macon, Case Manager

cc: Mr. Wesley W. Barnett
    Ms. Abigail Colella
    Mr. Behnam Dayanim
    Mr. Anthony A. Jackson
    Mr. Nathan Lee Kinard
    Mr. Robert Mark Loeb
    Mr. John E. Norris
    Mr. Dargan Maner Ware

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 25-5040

_____

Filed: April 09, 2025

LAUREN EWING

    Plaintiff - Appellee

v.

VGW HOLDINGS LTD.; VGW HOLDINGS US, INC.; VGW US, INC.; VGW LUCKYLAND, INC.

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 03/17/2025 the mandate for this case hereby issues today.

COSTS: None